39 A.3d 197

IN THE MATTER OF JOHN G. KOUFOS, AN ATTORNEY
AT LAW (ATTORNEY NO. 033312003).

March 22, 2012.

## ORDER

**JOHN G. KOUFOS** of **LONG BRANCH,** who was admitted to the bar of this State in 2003, having pleaded guilty in the Superior Court of New Jersey, Ocean County, to hindering apprehension or prosecution (second degree), in violation of *N.J.S.A.* 2C:29–3b(3), knowingly leaving scene of motor vehicle accident resulting in serious bodily injury (third degree), in violation of *N.J.S.A.* 39:4–129 and *N.J.S.A.* 2C:12–1.1, and witness tampering (third degree), in violation of *N.J.S.A.* 2C:28–5a(2) and (5), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOHN G. KOUFOS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOHN G. KOUFOS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOHN G. KOUFOS** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.